## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., *et al.* | : | |
| | : | |
| *Plaintiff*, | : | Case No. 1:16-cv-00904-LPS |
| | : | |
| v. | : | Hon. Leonard P. Stark |
| | : | |
| PETRÓLEOS DE VENEZUELA, S.A., *et al.* | : | |
| | : | |
| *Defendants*. | : | |
| | : | |
| | : | |

## DEFENDANTS PDV HOLDING, INC., CITGO HOLDING, INC.
## AND CITGO PETROLEUM CORPORATION'S
## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) & 12(b)(6)

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants PDV

Holding, Inc., CITGO Holding, Inc., and CITGO Petroleum Corporation, by and through their

undersigned counsel, move to dismiss Plaintiffs' Complaint in its entirety for lack of subject-

matter jurisdiction and failure to state a claim upon which relief can be granted.  The grounds for

this Motion are more fully set forth in the accompanying memorandum of law, which is filed

contemporaneously herewith.

DATED: November 23, 2016

/s/ Kenneth J. Nachbar  (2067)
Kenneth J. Nachbar
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
KNachbar@mnat.com

OF COUNSEL:

Nathan P. Eimer
Lisa S. Meyer
EIMER STAHL LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
NEimer@eimerstahl.com
LMeyer@eimerstahl.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 23, 2016, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF which will send notification of such filing to all

registered participants, including:

> Garrett B. Moritz
> Benjamin J. Schladweiler
> Rossm, Aronstram & Moritz LLP
> 100 S. West Street, Suite 400
> Wilmington, DE 19801

> */s/  Kenneth J. Nachbar*
> Kenneth J. Nachbar (#2067)
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> (302) 658-9200