

100 S. West Street, Suite 400 • Wilmington, DE 19801
Telephone 302.576.1600 • Facsimile 302.576.1100
www.ramllp.com

Garrett B. Moritz                                                                                       Direct Dial 302.576.1604
                                                                                                        gmoritz@ramllp.com

February 3, 2021

**VIA E-FILING**
The Honorable Leonard P. Stark
U.S. District Court for the
 District of Delaware
844 North King Street
Unit 26, Room 6124
Wilmington, Delaware 19801

      Re: *ConocoPhillips Petrozuata B.V., et al. v. Petróleos de Venezuela S.A., et al.*, C.A. No. 16-cv-904-LPS
        *ConocoPhillips Petrozuata B.V., et al. v. Petróleos de Venezuela S.A., et al.*, C.A. No. 17-cv-28-LPS

Dear Chief Judge Stark:

  The parties to the above-captioned ConocoPhillips DUFTA actions ("*ConocoPhillips I & II*") write to submit this joint status report pursuant to the Court's order (D.I. 77 in C.A. No. 16-cv-904-LPS). The parties met and conferred on February 2, 2021 and set forth their respective positions below.

**The Joint Position of Plaintiffs, PDVSA, and the CITGO Defendants**

  Plaintiffs, PDVSA, and the CITGO Defendants jointly propose to continue the stay proposed in the June 1, 2020 and the August 13, 2020 joint status updates; namely that, before turning back to *ConocoPhillips I & II*, the Court should first decide ConocoPhillips' pending motion for a writ of *fieri facias* against PDVSA's shares in PDV Holdings, Inc., in *Phillips Petroleum Company Venezuela Limited et al. v. Petróleos de Venezuela, S.A. et al.*, C.A. No. 19-mc-342-LPS (the "Enforcement Proceeding"). *See* D.I.s 75, 76 in C.A. No. 16-cv-904-LPS.

  These parties further propose to meet and confer, after the Court decides ConocoPhillips' motion in the Enforcement Proceeding, regarding: (i) any proposed further amendments to the complaints in *ConocoPhillips I & II*; and (ii) a briefing schedule for any motions for leave to amend and/or motions to dismiss the amended complaints.

The Honorable Leonard P. Stark
February 3, 2021
Page 2

**RTSA's Position**

      Consistent with, and incorporating, its position in the June 1, 2020 and August 13, 2020 Joint Status Reports, RTSA agrees that the most judicious course would be to stay all proceedings in this matter pending the proposed sale of PDVH, as the Court suggested in its December 12, 2019 order (D.I. 69 at 12–13), or while ConocoPhillips proceeds with Case No. 19-mc-342. Strictly in the alternative, if the Court is disinclined to stay these proceedings, RTSA respectfully asks that the Plaintiffs file their Amended Complaint and that the Court defer setting a deadline for the filing of responsive pleadings while the parties consider a mutually agreeable briefing schedule on a motion to dismiss.

      \*      \*      \*

Respectfully submitted,

*/s/ Garrett B. Moritz*

Garrett B. Moritz (#5646)

cc:  All Counsel of Record